Gregory T. Van Meter, administrator of the estate of Chester Czajkowski, deceased, appellant, v. Chicago Varnished Tile Company, appellee. Gen. No. 31,308.

Action for death from wrongful act. Judgment for defendant on directed verdict. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first divi-

sion of this court for the first district at the October term, 1926. Affirmed.   Opinion filed March 14, 1927.

Kenneth F. Simpson, for appellant.  Winston, Strawn & Shaw, for appellee; Charles J. McFadden and Harold A. Smith, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.